**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Carl Benit COOPER, Defendant–Appellant.**

No. 02–7126.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided: Oct. 21, 2002.

---

v.

**Galen Clifton Shawver, Defendant–
Appellant.**

United States of America,
Plaintiff–Appellee,

v.

Carl Benit Cooper, Appellant Pro Se.
Lee Ellis Berlinsky, Office of the United
States Attorney, Charleston, South Carolina, for Appellee.

Before WILLIAMS, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Carl Benit Cooper appeals the district
court's order denying his motion filed under Rule 60(b) of the Federal Rules of
Civil Procedure. We have reviewed the
record and the district court's opinion and
find no reversible error. Accordingly, we
affirm on the reasoning of the district
court. *See United States v. Cooper,* No.
CR–95–206 (D.S.C. filed July 15, 2002; entered July 16, 2002). We deny Cooper's
motion for general relief. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*